UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC

2006 OCT -5  P  1: 27

| | |
|---|---|
| Frederick Green, # 235663, | ) C/A No. 2:06-1539-CMC-RSC |
| *aka* Frederick Greene, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Jon Ozmint, Director of SCDC; John Doe No. 1, Division | ) |
| Director of Inmate Services; John Doe No. 2, Division | ) |
| Director of Program Services-SCDC; John Doe No. 3, | ) |
| Correspondence Review Committee Chairperson-SCDC; | ) |
| Geraldine Miro, Responsible Official (Grievance)-SCDC; | ) |
| George Hagan, Warden, Allendale Correctional Institution | ) |
| ("Allendale); Associate Warden Pate, Allendale; Ken Long, | ) |
| Inmate Grievance Coordinator ("IGC")-Allendale; Ann | ) |
| Hallman, IGC-Allendale; Postal Director Freeman -Allendale; | ) |
| Sgt. Rumph-Allendale, | ) |

Order

Defendants.

This is a civil rights action.  An order was filed in this matter on September 26, 2006 authorizing service of process against the named defendants.  A settlement conference was held on October 5, 2006 regarding this case and Civil Action No. 2:05-2767-CMC-RSC.  Present at the hearing were Frederick Green, appearing *pro se*, and Paul Lindemann of Davidson, Morrison, and Lindemann, appearing on behalf of some of the defendants in Civil Action No. 2:05-2767-CMC-RSC.  Based on discussions at the settlement conference, the order authorizing service of process against the defendants, issued in this matter on September 26, 2006, is **VACATED** pending settlement negotiations between the parties.  The United States Marshal's service is directed to "hold" the summonses and complaints in Civil Action No. 06-1539 until further order of this Court. The Clerk of Court is directed to forward a copy of this order to the United States Marshal.

**IT IS SO ORDERED.**

Robert S. Carr
United States Magistrate Judge

October 5 , 2006
Charleston, South Carolina